UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SERGEY L. SAFAROV,

    Plaintiff,

v.

    Case No. 1:16-cv-500

    HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). The parties filed a Stipulation for Attorney Fees Under the Equal Access to Justice Act (Dkt 19). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 18, 2017, recommending that this Court grant the stipulation. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 20) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Stipulation for Attorney Fees Under the Equal Access to Justice Act (Dkt 19) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff attorney fees in the amount of two thousand, nine hundred twenty dollars ($2,920.00).

Dated: February 2, 2017                        /s/ Janet T. Neff
                                                          JANET T. NEFF
                                                          United States District Judge